UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-218(JMR/FLN)

| | | |
|---|---|---|
| Leandra Landrum, on behalf of herself and all others similarly situated | ) | |
| v. | ) | ORDER |
| Steven T. Rosso, P.A., Steven R. Rosso, and Worldwide Adjusters, Inc. | ) | |

Defendants seek to dismiss plaintiff's action, under Federal Rule of Civil Procedure 12(b)(6), alleging she has failed to state a claim upon which relief may be granted. Currently, the complaint cites alleged tortious conduct and illegal actions undertaken by defendants Steven T. Rosso, P.A., and Steven R. Rosso. Those allegations are sufficient to withstand the motion to dismiss. The complaint does not, however, currently recite any alleged improper or illegal actions by defendant Worldwide Adjusters, Inc. Accordingly, IT IS ORDERED that:

1. Defendants' motion to dismiss [Docket No. 4] is granted in part.

2. Defendant Worldwide Adjusters, Inc., is dismissed without prejudice.

3. Plaintiff is granted leave to amend the complaint within 30 days of the issuance of this Order.

Dated: May 25th, 2000

JAMES M. ROSENBAUM
United States District Judge

MAY 25 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK